# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

July 2, 2010

#7329
#1.88

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

      RE:    YOUNGS, KIMBERLY S
      BK No.: 09-20107

Dear Clerk:

    Under FRBP 3010, enclosed please find a Trustee's check in the amount of $1.88, belonging to the estate of the above-named Debtors, and made payable to the Clerk of the U.S. Bankruptcy Court for dividends less than $5.00:

| Claim No. | Claimant | Claim Amount | Date Filed | Dividend |
|---|---|---|---|---|
| 4 | Law Office of Thomas Reed<br>319 W. Water Street<br>Elmira, NY 14902 | $66.00 | 04/03/09 | $1.88 |

Sincerely,

Madeline M. Stolt
Paralegal

Encl.



FILED
JUL - 6 2010
BANKRUPTCY COURT
ROCHESTER, NY

1600 Crossroads Building
Two State Street
585 232 3730
FAX 585 232 3882
CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP